# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

ISABELL HAYWARD,  :

   Plaintiff,  :

vs.  :  CA 09-0453-C

MICHAEL J. ASTRUE,  :
Commissioner of Social Security,

   :

   Defendant.

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $2,660.73 under the Equal Access to Justice Act, representing compensation for 15.5 hours of service by Gilbert B. Laden, Esquire, at the cost-of-living-adjusted rate of $171.66 per hour, and court costs of $350.00; the total EAJA award due and owing plaintiff is $3,010.73. The filing fee portion of the EAJA award is to be reimbursed from the Judgment Fund administered by the United States Department of Treasury.

**DONE** this the 22nd day of February, 2010.

    s/WILLIAM E. CASSADY
    **UNITED STATES MAGISTRATE JUDGE**